■ In the Matter of ANDERSON KING, Petitioner, v DAVID A. CARPENTER, as Deputy Superintendent of Great Meadow Correctional Facility, et al., Respondents. [652 NYS2d 1015] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Washington County) to review a determination of respondents which found petitioner guilty of violating certain prison disciplinary rules.

The Attorney-General has advised this Court by letter that respondents are not submitting a brief and requests that this proceeding be dismissed as moot inasmuch as the determination under review has been administratively reversed and expungement has been directed. Because petitioner has received all the relief to which he is entitled, the matter is moot and the petition is dismissed (*see, Matter of Martin v Henderson,* 159 AD2d 867).

Mikoll, J. P., Mercure, Casey, Spain and Carpinello, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.